UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 06-313 FCD |
| v. | ) | |
| | ) | |
| JOSE MARTINEZ-AYALA | ) | |

FILED
AUG - 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:
Detained at (custodian): **DVI TRACY**

Detainee is:
- a.) (X) charged in this district by: (X) Indictment () Information () Complaint
  charging detainee with: <u>Being a Deported Alien Found in the United States</u>
- or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) () return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/9/06

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jose Martinez | Male X Female ___ | |
| Booking or CDC #: | P11120 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                                   (Signature)